IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALBERT KIRKMAN | ) | |
| | ) | |
| Petitioner, | ) | Case No. 14 CV 2398 |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN MICHAEL MAGANA, | ) | |
| | ) | Hon. Judge Thomas Durkin, Presiding |
| Respondent. | ) | |

**PETITIONER'S UNOPPOSED MOTION FOR A FINAL EXTENSION OF TIME
TO FILE HIS MEMORANDUM OF LAW IN SUPPORT OF
<u>HIS PETITION FOR A WRIT OF HABEAS CORPUS</u>**

NOW COMES Petitioner Albert Kirkman, by and through his counsel, and presents this unopposed motion for a final extension of time to May 24, 2018, to file his memorandum of law in support of his petition for a writ of habeas corpus. In support of this Motion, Petitioner states as follows:

1. On April 3, 2014, Petitioner filed a petition for a writ of habeas corpus. (Dckt. No. 1.) That petition remained stayed until February 27, 2018, during which time Petitioner litigated re-sentencing issues in state court. The Court subsequently granted Petitioner's motion for an extension of time to file his memorandum of law, rendering the current briefing schedule for the petition as follows: Petitioner to file his memorandum of law by May 10, 2018; Respondent to file any response by June 30, 2018; and Petitioner to reply by July 30, 2018. (Dckt. No. 37.)

2. Petitioner's counsel has been working diligently on his memorandum of law and recognizes that they previously received a short extension, but seeks a final short extension of

time of 14 additional days to complete that briefing. Petitioner has been working with law students on this pleading as well as conferring with an incarcerated client, and believes that a final extension of time would be in the interests of justice and allow Petitioner to file a pleading that would best assist the Court in resolving Petitioner's claims.

   3. Petitioner has consulted with counsel for the Respondent, who does not oppose this motion. The parties have discussed this issue and agree to the following revised briefing schedule, if the Court grants this motion: Petitioner would file his memorandum of law by May 24, 2018, Respondent would respond by July 15, 2018, and Petitioner to reply by August 15, 2018. The Court previously set a status date of this matter on August 16, 2018 at 9:00 am (Dckt. No. 34), which is the next time the parties are scheduled to be before the Court.

  WHEREFORE, for the above reasons, Mr. Kirkman respectfully requests that this Court grant Mr. Kirkman until May 24, 2018 to file his memorandum of law in support of his petition for a writ of habeas corpus, and set additional briefing schedule dates consistent with this motion.

             Respectfully Submitted,

             /s/ Tara Thompson

             Jon Loevy
             Gayle Horn
             Tara Thompson
             THE EXONERATION PROJECT
              at the University of Chicago Law School
             6020 S. University Avenue
             Chicago, IL 60637
             (312) 789-4955

DATE:  May 9, 2018

## **CERTIFICATE OF SERVICE**

      I, Tara Thompson, an attorney, certify that on May 9, 2018, I sent by electronic means a copy of the attached Unopposed Motion for a Final Extension of Time to File His Memorandum of Law in Support of His Petition for a Writ of Habeas Corpus to counsel of record through this Court's CM/ECF System.

                                                    /s/Tara Thompson