IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALBERT KIRKMAN, B54397, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 14 C 2398 |
| | ) | |
| VICTOR CALLOWAY, Warden, | ) | The Honorable |
| | ) | Thomas M. Durkin, |
| Respondent. | ) | Judge Presiding. |

**MOTION TO ALTER OR AMEND JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 59(e), respondent moves to alter or amend the Court's April 11, 2019 judgment to identify the issues encompassed by the certificate of appealability (COA).

Petitioner filed a 28 U.S.C. § 2254 petition raising three issues. *See* Doc. 1 at 8-11. This Court denied the petition but granted a COA stating generally that petitioner "meets [the] standard" set forth in 28 U.S.C. § 2253(c), without specifying the claim (or claims) warranting appellate review. *See* Doc. 53 at 21-22. A COA "may issue . . . only if the applicant has made a substantial showing of a denial of a constitutional right," and it "shall indicate which specific issue or issues" satisfy that standard. 28 U.S.C. § 2253(c). A COA that "[does] not 'indicate' the issue on which [petitioner] made a substantial showing of the denial of a constitutional right" has been described as "defect[ive]," *Gonzalez v. Thaler*, 565 U.S. 134, 140 (2012), and the Seventh Circuit has vacated certificates that fail to conform to statutory requirements. *See Davis v. Borgen*, 349 F.3d 1027, 1029 (7th Cir. 2003)

(vacating CA that failed to conform to statutory requirements, including requirement that it "specify any constitutional issue to be resolved" on appeal); *see also Buie v. McAdory*, 322 F.3d 980, 982 (7th Cir. 2003) ("courts have the power to vacate an improperly granted certificate of appealability in appropriate cases, namely cases in which the certificate identifies only a statutory or other clearly nonconstitutional issue (or no issue at all)").

Accordingly, this Court should alter or amend its April 11, 2019 judgment to specify the issue or issues warranting appellate review.

April 19, 2019                                          Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By:     /s/ Erin M. O'Connell
ERIN M. O'CONNELL, Bar #6283650
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-1235
FAX: (312) 814-2253
EMAIL: eoconnell@atg.state.il.us

## **CERTIFICATE OF SERVICE**

  I certify that on April 19, 2019, I electronically filed respondent's **Motion to Alter or Amend Judgment**, along with the accompanying **Notice of Motion**, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will automatically serve notice on the following CM/ECF-users: Jonathan Loevy, Gayle Horn, and Tara Thompson, counsel for petitioner Albert Kirkman.

             /s/ Erin M. O'Connell
             ERIN M. O'CONNELL, Bar #6283650
             Assistant Attorney General
             100 West Randolph Street, 12th Floor
             Chicago, Illinois 60601-3218
             PHONE: (312) 814-1235
             FAX: (312) 814-2253
             EMAIL: eoconnell@atg.state.il.us