UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Albert Kirkman

          Plaintiff,

v.                                            Case No.: 1:14–cv–02398
                                            Honorable Thomas M. Durkin

Michael Magana

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 30, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin:Defendant's motion to alter judgment [55] is granted. The Court's opinion and order of April 11, 2019 [53] is amended to reflect that the Court issued a certificate of appealability because Petitioner made a substantial showing of the denial of his right to due process in that the sole eyewitness recanted his trial testimony. Motion hearing held on 4/30/2019. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.