# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Albert Kirkman

    Plaintiff(s)

v.

Victor Calloway

    Defendant(s)

Case No. 14 C 2398

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

and against defendant(s)

in the amount of $ _____ ,

which ☐ includes pre–judgment interest.

☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)

and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: Final judgment is entered denying the petition for writ of habeas corpus. The Court's opinion and order of April 11, 2019 is amended to reflect that the Court issued a certificate of appealability because Petitioner made a substantial showing of the denial of his right to due process in that the sole eyewitness recanted his trial testimony.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached
☑ decided by Judge Thomas M. Durkin on a petition for writ of habeas corpus

Date: 4/30/2019

Thomas G. Bruton, Clerk of Court

/s/ Sandy Newland _____ , Deputy Clerk